# Exhibit 1

Int. Cl.: 14

Prior U.S. Cls.: 27 and 28

**United States Patent and Trademark Office**

Reg. No. 1,222,529
Registered Jan. 4, 1983

## TRADEMARK
Principal Register



HUBLOT

Nemi S.A. (Switzerland joint stock company)
via Clemente Maraini 14A
Lugano, Switzerland

For: WATCHES AND CLOCKS AND PARTS THEREFOR; CHRONOMETERS; CHRONOGRAPHS; COSTUME JEWELRY AND JEWELRY MADE WHOLLY OR IN PART OF PRECIOUS METALS, in CLASS 14 (U.S. Cls. 27 and 28).

Owner of Switzerland Reg. No. 308,674, dated Dec. 17, 1980, expires Dec. 17, 2000.

Ser. No. 330,071, filed Sep. 28, 1981.

ROBERT PEVERADA, Examining Attorney

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

United States Patent and Trademark Office

Reg. No. 3,083,092
Registered Apr. 18, 2006

## TRADEMARK
PRINCIPAL REGISTER

# BLACK MAGIC

HUBLOT SA, GENÈVE (SWITZERLAND SOCIÉTÉ ANONYME)
RUE DE LA FONTAINE 7
CH-1204 GENÈVE
SWITZERLAND

FOR: JEWELLERY; TIMEPIECES AND CHRONOMETRIC INSTRUMENTS NAMELY WATCHES USED AS CHRONOGRAPHS, WATCHES USED AS CHRONOSCOPES, CHRONOMETERS, WATCHES, WRISTWATCHES, JEWELLERY WATCHES, DIVING WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 11-2-2004 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0852748 DATED 5-2-2005, EXPIRES 5-2-2015.

SER. NO. 79-011,923, FILED 5-2-2005.

DANIEL CAPSHAW, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

United States Patent and Trademark Office

Reg. No. 3,149,003
Registered Sep. 26, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# BIG BANG

HUBLOT SA, GENÈVE (SWITZERLAND SOCIÉTÉ ANONYME)
RUE DE LA FONTAINE 7
CH-1204 GENÈVE
SWITZERLAND

FOR: TIMEPIECES AND CHRONOMETRIC INSTRUMENTS AND PARTS THEREOF NAMELY WATCH CASES, WATCH BANDS, WATCHES USED AS CHRONOGRAPHS, WATCHES USED AS CHRONOSCOPES, CHRONOMETERS, WATCHES, WRISTWATCHES, DRESS WATCHES, DIVING WATCHES, MOVEMENTS FOR CLOCKS AND WATCHES, MOVEMENTS FOR WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 6-1-2005 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0868263 DATED 10-28-2005, EXPIRES 10-28-2015.

SER. NO. 79-017,669, FILED 10-28-2005.

PETER CHENG, EXAMINING ATTORNEY

Int. Cls.: **3, 9, 16 and 18**

Prior U.S. Cls.: **1, 2, 3, 4, 5, 6, 21, 22, 23, 26, 29, 36, 37, 38, 41, 50, 51 and 52**

Reg. No. 3,376,234

## United States Patent and Trademark Office

Registered Jan. 29, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# BIG BANG

HUBLOT SA, GENÈVE (SWITZERLAND SOCIÉTÉ ANONYME (SA))
RUE DE LA FONTAINE 7
CH-1204 GENÈVE
SWITZERLAND

FOR: PERFUMES, NON-MEDICINAL PREPARATIONS FOR TOILETRY USE, NAMELY, OILS, AFTER-SHAVE LOTIONS, SOAPS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: SUNGLASSES, SPORTS EYEWEAR, SPECTACLE FRAMES, SPECTACLE CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PENCIL STANDS, PROPELLING PENCILS, ROLLER PENS, PENHOLDERS AND PEN CLIPS, PENS, PEN NIBS, PEN CASES, WRITING MATERIALS, NAMELY, INKS, PADS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: RUCKSACKS, HANDBAGS, TRAVELLING BAGS, TRUNKS AND SUITCASES, BOXES AND CASES OF LEATHER OR IMITATION LEATHER, VALISES FOR PERSONAL EFFECTS, ATTACHÉ CASES, TRAVELLING BAG SETS, BRIEFCASES, KEY CASES, BUSINESS CARD CASES, UMBRELLAS, PARASOLS AND WALKING STICKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 6-21-2006 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0911607 DATED 12-15-2006, EXPIRES 12-15-2016.

OWNER OF U.S. REG. NO. 3,149,003.

SER. NO. 79-033,958, FILED 12-15-2006.

ANNE FARRELL, EXAMINING ATTORNEY

Int. Cls.: **3, 9, 16 and 18**

Prior U.S. Cls.: **1, 2, 3, 4, 5, 6, 21, 22, 23, 26, 29, 36, 37, 38, 41, 50, 51 and 52**

**United States Patent and Trademark Office**

Reg. No. 3,405,702
Registered Apr. 1, 2008

## TRADEMARK
### PRINCIPAL REGISTER



HUBLOT SA, GENÈVE (SWITZERLAND SOCIÉTÉ ANONYME)
RUE DE LA FONTAINE 7
CH-1204 GENÈVE, SWITZERLAND

FOR: PERFUMES, NON-MEDICINAL PREPARATIONS FOR TOILETRY USE, NAMELY, OILS, AFTER SHAVE LOTIONS AND SOAPS , IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: SUNGLASSES, SPORTS EYEWEAR, SPECTACLE FRAMES, SPECTACLE CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PENCIL STANDS, PROPELLING PENCILS, ROLLER PENS, PENHOLDERS AND PEN CLIPS, PENS, PEN NIBS, PEN CASES, WRITING MATERIALS, NAMELY, INKS AND PADS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: RUCKSACKS, HANDBAGS, TRAVELING BAGS, TRUNKS AND SUITCASES, BOXES AND CASES OF LEATHER OR IMITATION LEATHER, VALISES FOR PERSONAL EFFECTS, ATTACHE CASES, TRAVELING BAG SETS, BRIEFCASES, KEY CASES, BUSINESS CARD CASES, UMBRELLAS, PARASOLS AND WALKING STICKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

PRIORITY DATE OF 7-14-2006 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0913231 DATED 12-6-2006, EXPIRES 12-6-2016.

OWNER OF U.S. REG. NO. 1,222,529.

SER. NO. 79-034,508, FILED 12-6-2006.

ANNE FARRELL, EXAMINING ATTORNEY

Int. Cls.: **25 and 34**

Prior U.S. Cls.: **2, 8, 9, 17, 22 and 39**

United States Patent and Trademark Office

Reg. No. 3,661,145
Registered July 28, 2009

## TRADEMARK
### PRINCIPAL REGISTER



HUBLOT SA, GENÈVE (SWITZERLAND SOCIÉTÉ ANONYME)
RUE DE LA FONTAINE 7
CH-1204 GENÈVE
SWITZERLAND

FOR: CLOTHING, NAMELY, TEE-SHIRTS, SHIRTS, JERSEYS, PULLOVERS, SKIRTS, TROUSERS, JACKETS, SUITS, COATS, SASHES FOR WEAR, TIES; FOOTWEAR, HEADWEAR, NAMELY, HATS AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: TOBACCO; MATCHES AND SMOKERS' ARTICLES NOT MADE OF PRECIOUS METALS, NAMELY, SMOKERS' ASHTRAYS, CIGAR AND CIGARETTE BOXES, SMOKERS' LIGHTERS, SMOKERS' ASHTRAYS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

PRIORITY DATE OF 4-22-2008 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0979554 DATED 8-19-2008, EXPIRES 8-19-2018.

OWNER OF U.S. REG. NOS. 1,222,529 AND 3,405,702.

THE ENGLISH TRANSLATION OF THE FOREIGN WORD(S) IN THE MARK IS: PORTHOLE.

SER. NO. 79-059,843, FILED 8-19-2008.

ZACHARY BELLO, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,715,561**  HUBLOT SA, GENÈVE (SWITZERLAND SOCIÉTÉ ANONYME (SA))
Registered Nov. 24, 2009  RUE DE LA FONTAINE 7
CH-1204 GENÈVE
SWITZERLAND

**Int. Cl.: 14**

FOR: JEWELLERY; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCHES, WRISTWATCHES, WATCHBANDS, WATCH CASES, DIALS, CLOCKS, WALL CLOCKS, CHRONOMETERS, CHRONOGRAPHS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

**TRADEMARK**
**PRINCIPAL REGISTER**

PRIORITY DATE OF 10-28-2008 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1006223 DATED 4-27-2009, EXPIRES 4-27-2019.

SER. NO. 79-070,270, FILED 4-27-2009.

MIDGE BUTLER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# UNICO

**Reg. No. 3,787,659**  
**Registered May 11, 2010**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

HUBLOT SA, GENÈVE (SWITZERLAND SOCIÉTÉ ANONYME (SA))
RUE DE LA FONTAINE 7
CH-1204 GENÈVE, SWITZERLAND

FOR: MOVEMENTS FOR CLOCKS AND WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF A STYLIZED LETTER "H" AND THE WORDING "UNICO".

PRIORITY DATE OF 2-20-2009 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1013340 DATED 8-17-2009, EXPIRES 8-17-2019.

THE ENGLISH TRANSLATION OF "UNICO" IN THE MARK IS "ONLY".

SER. NO. 79-072,925, FILED 8-17-2009.

TOBY BULLOFF, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# KING POWER

**Reg. No. 3,814,806**  
**Registered July 6, 2010**  
**Int. Cl.: 14**

**TRADEMARK**  
**PRINCIPAL REGISTER**

HUBLOT SA, GENÈVE (SWITZERLAND SOCIÉTÉ ANONYME)  
RUE DE LA FONTAINE 7  
CH-1204 GENÈVE, SWITZERLAND

FOR: JEWELRY; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCHES, WRISTWATCHES, WATCH BANDS, DIALS, CLOCKS, WALL CLOCKS, CHRONOMETERS, CHRONOGRAPHS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 11-7-2008 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1018417 DATED 5-7-2009, EXPIRES 5-7-2019.

SER. NO. 79-074,789, FILED 5-7-2009.

MATTHEW EINSTEIN, EXAMINING ATTORNEY



David J. Kappos  
Director of the United States Patent and Trademark Office

# UNITED STATES OF AMERICA
### United States Patent and Trademark Office

# KEY OF TIME

**Reg. No. 4,140,869**
**Registered May 15, 2012**
**Int. Cl.: 14**

**TRADEMARK**
**PRINCIPAL REGISTER**

HUBLOT SA, GENÈVE (SWITZERLAND SOCIÉTÉ ANONYME)
RUE DE LA FONTAINE 7
CH-1204 GENÈVE
SWITZERLAND

FOR: JEWELRY, TIMEPIECES AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCHES, WRISTWATCHES, WATCH BANDS, WATCH CASES, DIALS, CLOCKS, WALL CLOCKS, CHRONOMETERS, CHRONOGRAPHS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 3-1-2011 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1089825 DATED 8-15-2011, EXPIRES 8-15-2021.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TIME", APART FROM THE MARK AS SHOWN.

SER. NO. 79-102,224, FILED 8-15-2011.

WILLIAM VERHOSEK, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# CLASSICO

**Reg. No. 4,322,684**
**Registered Apr. 23, 2013**
**Int. Cl.: 14**

**TRADEMARK**
**PRINCIPAL REGISTER**

HUBLOT SA, GENÈVE (SWITZERLAND SOCIÉTÉ ANONYME)
RUE DU RHÔNE 30
CH-1204 GENÈVE
SWITZERLAND

FOR: JEWELRY; TIMEPIECES AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCHES, WRISTWATCHES, WATCH STRAPS, DIALS FOR CLOCK AND WATCH MAKING, CLOCKS, WALL CLOCKS, CHRONOMETERS, CHRONOGRAPHS FOR USE AS TIMEPIECES; MOVEMENTS FOR CLOCKS AND WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

OWNER OF U.S. REG. NOS. 1,222,529, 3,787,659 AND OTHERS.

PRIORITY DATE OF 2-22-2012 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1125133 DATED 6-22-2012, EXPIRES 6-22-2022.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CLASSICO", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A STYLIZED LETTER "H" ABOVE THE WORD "CLASSICO".

THE ENGLISH TRANSLATION OF "CLASSICO" IN THE MARK IS "CLASSIC".

SER. NO. 79-116,315, FILED 6-22-2012.

LINDA LAVACHE, EXAMINING ATTORNEY

Acting Director of the United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# Magic Gold

| | |
|---|---|
| **Reg. No. 4,381,674** | HUBLOT SA, GENÈVE (SWITZERLAND SOCIÉTÉ ANONYME) |
| **Registered Aug. 13, 2013** | RUE DU RHÔNE 30<br>CH-1204 GENÈVE, SWITZERLAND |
| **Int. Cl.: 14** | FOR: GOLD-BASED ALLOYS AND COMPOSITES THEREOF AND GOODS MADE OF THE AFORESAID MATERIALS, NAMELY, WATCHES, WRISTWATCHES, WATCH STRAPS, DIALS FOR CLOCKS-AND WATCH-MAKING, CLOCKS, GRANDFATHER CLOCKS, CHRONOMETERS, AND CHRONOGRAPHS FOR USE AS TIMEPIECES, ALL THE FOREGOING CONTAINING GOLD, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50). |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | |

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 1-9-2012 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1128346 DATED 6-21-2012, EXPIRES 6-21-2022.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GOLD", APART FROM THE MARK AS SHOWN.

SER. NO. 79-117,552, FILED 6-21-2012.

LINDA LAVACHE, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



**Reg. No. 4,702,607**  
**Registered Mar. 17, 2015**

**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

HUBLOT SA, GENÈVE (SWITZERLAND CORPORATION)  
RUE DU RHÔNE 30  
1204 GENÈVE, SWITZERLAND

FOR: PERFUMES, NON-MEDICINAL PREPARATIONS FOR TOILETRY USE, NAMELY, OILS, AFTER SHAVE LOTIONS AND SOAPS; COSMETICS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

OWNER OF SWITZERLAND REG. NO. P-355780, DATED 10-2-1987, EXPIRES 6-12-2017.

OWNER OF U.S. REG. NOS. 1,222,529, 3,405,702, AND 3,661,145.

THE MARK CONSISTS OF THE STYLIZED LETTER "H" ABOVE THE STYLIZED WORD "HUBLOT".

THE ENGLISH TRANSLATION OF "HUBLOT" IN THE MARK IS "PORTHOLE".

SER. NO. 86-230,133, FILED 3-24-2014.

KERI CANTONE, EXAMINING ATTORNEY



Director of the United States  
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,916,069**
**Registered Mar. 15, 2016**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

HUBLOT SA, GENÈVE (SWITZERLAND SOCIÉTÉ ANONYME)
RUE DU RHÔNE 30
CH-1204 GENÈVE, SWITZERLAND

FOR: JEWELRY, TIMEPIECES AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCHES, WRISTWATCHES, WATCH STRAPS, WATCH CASES, DIALS FOR CLOCK- AND WATCH MAKING, CLOCKS, WALL CLOCKS, CHRONOMETERS AND CHRONOGRAPHS AS WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BOUTIQUE EXCLUSIVE", APART FROM THE MARK AS SHOWN.

PRIORITY DATE OF 11-27-2014 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1258485 DATED 5-8-2015, EXPIRES 5-8-2025.

THE MARK CONSISTS OF CONCENTRIC CIRCLES CONTAINING THE WORD "HUBLOT" FLANKED BY TWO STYLIZED BOLT HEADS FOLLOWED BY THE WORDING "BOUTIQUE EXCLUSIVE" ALL IN THE OUTER CONCENTRIC CIRCLE AND INSIDE THE CENTER OF THE CONCENTRIC CIRCLES IS A STYLIZED LETTER "H" INTERSECTED BY TWO DIAGONAL WAVY BANDS.

THE ENGLISH TRANSLATION OF "HUBLOT" IN THE MARK IS "PORTHOLE".

SER. NO. 79-169,798, FILED 5-8-2015.

HAI-LY LAM, EXAMINING ATTORNEY

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# FIRMAMENT

**Reg. No. 4,779,597**
**Registered July 28, 2015**
**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

HUBLOT SA, GENÈVE (SWITZERLAND SOCIÉTÉ ANONYME)
RUE DU RHÔNE 30
CH-1204 GENÈVE
SWITZERLAND

FOR: TIMEPIECES AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCHES, WRISTWATCHES, CHRONOMETERS, CLOCKS, TABLE CLOCKS, MOVEMENTS FOR TIMEPIECES; JEWELRY, NAMELY, BRACELETS, RINGS, NECKLACES, EARRINGS, PENDANTS, BROOCHES, CUFFLINKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 3-10-2014 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1222283 DATED 9-8-2014, EXPIRES 9-8-2024.

SER. NO. 79-154,667, FILED 9-8-2014.

DEIRDRE ROBERTSON, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office